AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
4/9/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
APR 9 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTS___ DEPUTY

United States of America

v.

Christian James Escalante,

Defendant

Case No. 5:21-mj-00268

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 8, 2021 in the county of San Bernardino in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114(a) | Robbery of Mail, Money, or Other Property of the United States |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ pursuant to Fed. R. Crim. P. 4.1
_____
Complainant's signature

Dean Escanuelas, Postal Inspector
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 9, 2021

_____
Judge's signature

City and state: Riverside, California

Hon. Kenly Kiya Kato, U.S. Magistrate Judge
_____
Printed name and title

**AFFIDAVIT**

I, Dean Escanuelas, being duly sworn, declare and state as follows:

## I.   PURPOSE OF THIS AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against Christian James Escalante ("ESCALANTE") for a violation of Title 18, United States Code, Section 2114(a), Robbery of Mail, Money, or Other Property of the United States, which occurred on or about April 8, 2021.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.   BACKGROUND OF POSTAL INSPECTOR ESCANUELAS

3.   I am a United States Postal Inspector ("Postal Inspector") employed by the Los Angeles Division of the United States Postal Inspection Service ("USPIS"), San Bernardino Domicile, External Crimes Team.  I have been so employed since August 2006.  My responsibilities include the investigation of crimes against the United States Postal Service ("USPS") and crimes related to the misuse and attack of the mail system and assaults and threats against USPS employees, including: theft of

United States mail ("U.S. Mail"); possession of stolen U.S. mail; crimes related to the use, theft, and counterfeiting of postal keys and locks; access device fraud; and identity theft. Additionally, I have received both formal and informal training from the USPIS regarding mail and identity theft.

    4.   Through my training and experience, I know that USPS delivers U.S. Mail to residents in neighborhoods via individual, community mailboxes, and post office boxes ("P.O. Boxes"). The USPS also provides blue collection boxes as a convenient way for USPS customers to place outgoing mail for pickup by USPS employees. Mail thieves target individual boxes, community mail boxes, post office boxes and blue collection boxes to steal U.S. Mail. Mail thieves may use crowbars, large screw drivers, and other tools to pry open the community mail boxes to access the mail. Other times, however, mail thieves obtain genuine USPS keys and use the keys to access mailboxes directly to steal mail. Mail thieves are also known to sell these keys to other mail thieves, or use the USPS keys to counterfeit more keys to open mailboxes and steal mail. As a result of stealing mail, mail thieves can gain access to items such as checks, money orders, cash, and gift cards, as well as individuals' personal information, and use such information to commit bank fraud, check fraud, and access device fraud with credit cards and debit cards. Mail thieves conspire with other criminals, often called "connects," who assist in turning the information stolen from the mail into cash through bank fraud, check fraud, and access device fraud.

### III. SUMMARY OF PROBABLE CAUSE

5. On April 8, 2021, USPS mail carrier A.F. parked her USPS truck to deliver mail in the city of Fontana, California. After A.F. parked her truck, ESCALANTE confronted her and told her to give him her USPS keys. ESCALANTE then took A.F.'s postal keys from her and attempted to start A.F.'s truck. When ESCALANTE failed to start the truck, A.F. leaned into the truck and took the keys back. ESCALANTE then confronted A.F. again and told her he had a gun. As he did so, A.F. screamed and two bystanders intervened, restraining ESCALANTE until police arrived.

### IV. STATEMENT OF PROBABLE CAUSE

6. A.F. discussed the incident with Fontana Police Department ("FPD") officers within minutes of its occurrence. She also authored a handwritten account of her experience shortly after it happened. Based on my review of A.F.'s written statement and my discussions with FPD officers, I am aware of the following:

**A. ESCALANTE Stalks A.F.**

7. On April 8, 2021, mail carrier A.F. was assigned to deliver mail in Fontana, California. At approximately 1:00 p.m., she parked her mail truck at an apartment complex located at 16970 Marygold Avenue in Fontana to deliver mail. She got out of her truck and began delivering mail to the community mailboxes.

8. As she was delivering mail into the mailboxes, A.F. noticed a Hispanic man (later identified as ESCALANTE) watching

3

her. She became uncomfortable because ESCALANTE was pacing back and forth and looking directly at her. At this point, A.F. got into her truck and drove to a second set of mailboxes at the same apartment complex. As she did so, ESCALANTE followed her USPS truck on foot.

      **B.**    **ESCALANTE Demands the USPS Keys**

    9.    ESCALANTE eventually reached the second set of community mailboxes as A.F. was delivering mail into the boxes. He walked towards A.F. and said, "excuse me." A.F. closed the mailbox panel at which point ESCALANTE walked up to her and said, "give me your keys." When A.F. would not, ESCALANTE said, "I just need your keys, I am taking the truck." ESCALANTE then grabbed the keys from A.F.'s hand and jumped into her mail truck. ESCALANTE attempted to start the mail truck but was unsuccessful. As ESCALANTE was struggling to start the truck's ignition, A.F. leaned in and took the keys out of the ignition. ESCALANTE then got out of the mail truck and confronted A.F., saying, "I don't want to hurt you, I know you have a family, I have a gun. Just give me the keys." A.F. then began screaming, "call the police!"

      **C.**    **Bystanders Intervene and FPD Officers Respond**

    10.    As A.F. began screaming, two male bystanders, J.C., and a second unidentified man, ran towards ESCALANTE. ESCALANTE tried to run when he saw the two men running toward him. However, the two men were able to physically restrain ESCALANTE and hold him to the ground. A third

bystander, A.S., then called 911.  A.F. became frightened and ran into the A.S.'s apartment until FPD officers arrived.

11.   FPD Officer Patrick Heusterberg responded within minutes of the 911 call.  When he arrived, Officer Heusterberg noticed that ESCALANTE was being restrained by two men.  After securing ESCALANTE in handcuffs, Officer Heusterberg spoke with the two men, as well as with A.S. who called 911.  A.S. also provided Officer Heusterberg with a cell phone video of the incident.

12.   According to Officer Heusterberg, the cell phone video shows A.F. in her USPS uniform, standing near ESCALANTE, who is standing next to the USPS truck.  A.F. can be heard screaming on the video: "call the police!"  After reviewing the video and interviewing A.F., Officer Heusterberg placed ESCALANTE into custody in the back of his FPD car and contacted USPIS for further investigation.

///

///

///

## V. CONCLUSION

13. Based on the foregoing facts, there is probable cause to believe that ESCALANTE has committed a violation of Title 18, United States Code, Section 2114(a), Robbery of Mail, Money, or Other Property of the United States.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 9th day of
April 2021.

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE